IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NEGOTIATED DATA SOLUTIONS,

    Plaintiff,

v.

DELL, INC,

    Defendant.
_____/

No. C 03-05755 JSW

**ORDER REQUESTING JOINT STATUS REPORT**

On January 20, 2004, this case was related to *Vertical Networks, Inc. v. Altigen Communications*, No. 02-4253, a matter which currently is stayed. There has been no activity in this case since March 16, 2004.

Accordingly, the Court HEREBY ORDERS the parties to submit a Joint Status Report by August 12, 2005. If it is the parties' position that this matter should be stayed as well, they shall address the reasons therefore in the Joint Status Report.

**IT IS SO ORDERED.**

Dated: August 3, 2005

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE