**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NEGOTIATED DATA SOLUTIONS,

        Plaintiff,

  v.

DELL, INC,

        Defendant.

                            /

No. C 03-05755 JSW

**ORDER REQUIRING JOINT
STATUS REPORTS**

      The Court has received and considered the Joint Status Report filed on August 10, 2005. This matter is HEREBY STAYED pending further order of the Court.

      The parties shall submit joint status reports to the Court every sixty (60) days until such time as it is appropriate for the stay to be lifted or the matter is otherwise resolved.  If the stay is to be lifted and this matter will proceed, the parties shall submit a stipulation and proposed order setting this matter, as well as *Vertical Networks, Inc. v. Altigen Communications*, No. 02-4253, for a status conference on the earliest available date on the Court's case management calendar.

      **IT IS SO ORDERED.**

Dated:  August 11, 2005

                              _____
                              JEFFREY S. WHITE
                              UNITED STATES DISTRICT JUDGE