SQUIRE, SANDERS & DEMPSEY L.L.P.
David S. Elkins (State Bar No. 148077)
delkins@ssd.com
Jose Luis Martin (State Bar No. 203709)
jlmartin@ssd.com
600 Hansen Way
Palo Alto, California 94304-1043
Telephone: 650.856.6500
Facsimile: 650.843.8777

Attorneys for Plaintiff and Counterclaim Defendant
NEGOTIATED DATA SOLUTIONS LLC

PAUL, HASTINGS, JANOFSKY & WALKER LLP
Ned N. Isokawa (State Bar No. 66287)
nedisokawa@paulhastings.com
Kevin C. McCann (State Bar No. 120874)
kevinmccann@paulhastings.com
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Telephone: 415.856.7000
Facsimile: 415.856.7100

Attorneys for Defendant and Counterclaimant
DELL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEGOTIATED DATA SOLUTIONS LLC,<br><br>        Plaintiff,<br><br>  vs.<br><br>DELL, INC.,<br><br>        Defendant.<br><br>DELL, INC.,<br><br>        Counterclaimant,<br><br>  vs.<br><br>NEGOTIATED DATA SOLUTIONS LLC,<br><br>        Counterclaim Defendant. | Case No. C 03-05755 JSW<br><br>**E-FILING**<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE**<br><br>The Honorable Jeffrey S. White |

SQUIRE, SANDERS &
DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, CA 94304-1043

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE
Case No. C 03-05755 JSW

Plaintiff Negotiated Data Solutions LLC ("N-Data") and defendant Dell, Inc. ("Dell") jointly submit this Stipulation and [Proposed] Order Continuing Status Conference and respectfully request an order as follows:

## STIPULATION

1. On June 21, 2007, the Court scheduled a Status Conference in this matter for August 17, 2007 at 1:30 p.m.

2. Lead counsel for Plaintiff, however, is out of town and unavailable on August 17, 2007.

3. Counsel for Plaintiff contacted the Judge's Clerk to inquire about the next available date for a Status Conference. The Court Clerk advised that August 31, 2007 was the next available date.

4. Counsel for Plaintiff and Defendant conferred about continuing the Status Conference to August 31, 2007 and determined that lead counsel for both parties are available.

5. Accordingly, the parties agreed that the Status Conference currently set for August 17, 2007 at 1:30 p.m. be continued to August 31, 2007 at 1:30 p.m.

6. The parties also agreed that a joint status conference statement shall be due a week before the Status Conference, on August 24, 2007.

7. The parties respectfully request that the Court enter their stipulation as the Court's order.

Dated: July 13, 2007                SQUIRE, SANDERS & DEMPSEY L.L.P.

                                    By: /s/ Jose Luis Martin
                                        David S. Elkins
                                        Jose Luis Martin

                                    Attorneys for Plaintiff and Counterclaim Defendant
                                    NEGOTIATED DATA SOLUTIONS LLC

| | | |
|---|---|---|
| 1 | Dated: July 13, 2007 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 2 | | By: /s/ Ned N. Isokawa |
| 3 | | Ned N. Isokawa<br>Kevin C. McCann |
| 4 | | Attorneys for Defendant and Counterclaimant |
| 5 | | DELL, INC. |

**IT IS SO ORDERED**
*Jeffrey S. White*
Judge Jeffrey S. White
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)

Dated: July 13, 2007

SQUIRE, SANDERS &
DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, CA 94304-1043

STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE
Case No. C 03-05755 JSW

2