| | |
|---|---|
| 1 | SQUIRE, SANDERS & DEMPSEY L.L.P. |
| | David S. Elkins (State Bar No. 148077) |
| 2 | delkins@ssd.com |
| | Jose Luis Martin (State Bar No. 203709) |
| 3 | jlmartin@ssd.com |
| | 600 Hansen Way |
| 4 | Palo Alto, California  94304-1043 |
| | Telephone:   650.856.6500 |
| 5 | Facsimile:    650.843.8777 |
| 6 | Attorneys for Plaintiff and Counterclaim Defendant |
| | NEGOTIATED DATA SOLUTIONS LLC |
| 7 | |
| 8 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| | Ned N. Isokawa (State Bar No. 66287) |
| 9 | nedisokawa@paulhastings.com |
| | Kevin C. McCann (State Bar No. 120874) |
| 10 | kevinmccann@paulhastings.com |
| | 55 Second Street, 24th Floor |
| 11 | San Francisco, California 94105-3441 |
| | Telephone:   415.856.7000 |
| 12 | Facsimile:    415.856.7100 |
| 13 | Attorneys for Defendant and Counterclaimant |
| | DELL, INC. |
| 14 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEGOTIATED DATA SOLUTIONS LLC,<br><br>            Plaintiff,<br><br>    vs.<br><br>DELL, INC.,<br><br>            Defendant. | Case No. C 03-05755 JSW<br><br>**STIPULATION AND [PROPOSED]<br>ORDER GRANTING LEAVE TO FILE<br>AMENDED COMPLAINT**<br><br>The Honorable Jeffrey S. White |
| DELL, INC.,<br><br>            Counterclaimant,<br><br>    vs.<br><br>NEGOTIATED DATA SOLUTIONS LLC,<br><br>            Counterclaim Defendant. | |

SQUIRE, SANDERS &
DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, CA  94304-1043

STIPULATION AND ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT
CASE NO. C 03-05755 JSW

**STIPULATION**

Plaintiff and counterclaim defendant Negotiated Data Solutions LLC ("N-Data") and defendant and counterclaimant Dell, Inc. ("Dell") stipulate as follows:

1. The operative complaint in this action alleged Dell's infringement of U.S. Patent No. 5,617,418 ("the '418 patent") and U.S. Patent No. 5,687,174 ("the '174 patent"). Each patent was the subject of reissue proceedings, which are now complete.

2. The '418 patent reissued on June 6, 2006 as U.S. Patent RE39,116. The '174 patent reissued on November 21, 2006 as U.S. Patent RE39,405.

3. As a result of the reissue proceedings, the operative complaint no longer identifies the patents-in-suit. N-Data believes that amendment should follow the completion of the third party discussions, previously reported to the Court, to reduce the chance that further amendment of the complaint will be required. Dell disagrees and submits that this case is old and should move forward, and Dell states that it would move to dismiss the action absent amendment now.

4. In light of the foregoing, and subject to the Court's order, N-Data and Dell stipulate that N-Data shall file its First Amended Complaint in the form attached as Exhibit A provided that the Court enters an order approving this stipulation.

5. The parties further stipulate that Dell shall file its response to the First Amended Complaint on or before October 22, 2007. N-Data shall file its response to any counterclaim filed by Dell on or before November 1, 2007.

Dated: October 2, 2007　　　　　　　SQUIRE, SANDERS & DEMPSEY L.L.P.

By: /s/ David S. Elkins
　　　David S. Elkins

Attorneys for Plaintiff and Counterclaim Defendant
NEGOTIATED DATA SOLUTIONS LLC

Dated: October 2, 2007　　　　　　　PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ Ned N. Isokawa
　　　Ned N. Isokawa

Attorneys for Defendant and Counterclaimant
DELL, INC.

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, David S. Elkins, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 2, 2007.

By: /s/ David S. Elkins
David S. Elkins

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 9, 2007

*/s/ Jeffrey S. White*
UNITED STATES DISTRICT JUDGE

SQUIRE, SANDERS &
DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, CA 94304-1043

-2-

STIPULATION AND ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT
CASE NO. C 03-05755 JSW