David S. Elkins (State Bar No. 148077)
DElkins@ssd.com
Jose Luis Martin (State Bar No. 203709)
JLMartin@ssd.com
Xavier M. Brandwajn (State Bar No. 246218)
XBrandwajn@ssd.com
SQUIRE, SANDERS & DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, California 94304-1043
Telephone: 650.856.6500
Facsimile: 650.843.8777

Nathan Lane III (State Bar No. 50961)
NLane@ssd.com
Arturo E. Sandoval (State Bar No. 227077)
ASandoval@ssd.com
SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Third Floor
San Francisco, California 94111
Telephone: 415.954.0200
Facsimile: 415.393.9887

Attorneys for Plaintiff and Counterclaim Defendant
NEGOTIATED DATA SOLUTIONS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEGOTIATED DATA SOLUTIONS LLC,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DELL, INC.,<br><br>　　　　　Defendant.<br><br>DELL, INC.,<br><br>　　　　　Counterclaimant,<br><br>　vs.<br><br>NEGOTIATED DATA SOLUTIONS LLC,<br><br>　　　　　Counterclaim Defendant. | Case No. C 03-05755 JSW<br><br>**JOINT PROPOSAL REGARDING DEPOSITION LIMITS AND [PROPOSED] ORDER**<br><br>The Honorable Jeffrey S. White |

SQUIRE, SANDERS &
DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, CA 94304-1043

JOINT PROPOSAL REGARDING DEPOSITION LIMITS AND [PROPOSED] ORDER
CASE NO. C 03-05755 JSW

# **JOINT STATEMENT**

At the November 9, 2007 Case Management Conference and in the Court's Civil Minute Order that followed, the Court instructed the parties to report by December 10, 2007 with their joint or separate proposals as to whether the Court should permit deviation from the statutory deposition limits.

The parties met and conferred about the topic following their exchange of Initial Disclosures. After discussion, plaintiff/counterclaim defendant Negotiated Data Solutions LLC ("N-Data") and defendant/counterclaimant Dell, Inc. ("Dell") have agreed as follows and request that the parties' agreement be entered as the Court's Order:

1. Each side is limited to 120 hours of deposition examination time. This 120-hour limit excludes deposition time for expert witnesses. Each party shall be entitled to take one deposition of up to seven hours for each expert witness designated by the other.

2. The 120-hour limit is without prejudice to a reasonable future proposal to extend the 120-hour limit set now. N-Data and Dell have each represented to the other, and each repeats that representation to the Court here, that it will not oppose a reasonable request to extend the 120-hour deposition limit when good cause exists for doing so.

The agreed 120-hour limit represents a substantial compromise for both sides. N-Data strongly believes that the statutory limits on depositions should be observed, and that any departure from the statutory limits based on Dell's Initial Disclosures should be less than the 120 hours agreed on here. Dell, on the other hand, proposed 200 deposition hours, and strongly believes that its Initial Disclosures, and anticipated future Patent Local Rule disclosures, justify

///

///

///

///

more than the 120 hours agreed on here.  Notwithstanding their respective beliefs, the parties have agreed that this compromise shall govern deposition planning, subject to their agreement in paragraph nos. 1-2 above.

Dated: December 10, 2007        SQUIRE, SANDERS & DEMPSEY L.L.P.

By: /s/ David S. Elkins
   David S. Elkins

Attorneys for Plaintiff and Counterclaim Defendant
NEGOTIATED DATA SOLUTIONS LLC

Dated: December 10, 2007        PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ Michael N. Edelman
   Michael N. Edelman

Attorneys for Defendant and Counterclaimant
DELL, INC.

### ATTESTATION PURSUANT TO GENERAL ORDER 45

I, David S. Elkins, attest that concurrence in the filing of this document has been obtained from the other signatory.  I declare under penalty of perjury that the foregoing is true and correct.  Executed on December 10, 2007.

By: /s/ David S. Elkins
   David S. Elkins

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 10, 2007

_____
UNITED STATES DISTRICT JUDGE