PAUL, HASTINGS, JANOFSKY & WALKER LLP
Ned N. Isokawa (State Bar No. 66287)
nedisokawa@paulhastings.com
Kevin C. McCann (State Bar No. 120874)
kevinmccann@paulhastings.com
55 Second Street, Twenty-Fourth Floor
San Francisco, CA  94105-3441
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100

PAUL, HASTINGS, JANOFSKY & WALKER LLP
Michael N. Edelman (State Bar No. 180948)
michaeledelman@paulhastings.com
Robert C. Matz (State Bar No. 217822)
robertmatz@paulhastings.com
1117 S. California Avenue
Palo Alto, CA  94304
Telephone:  (650) 320-1800
Facsimile:  (650) 320-1900

Attorneys for Defendant and Counterclaimant
DELL INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEGOTIATED DATA SOLUTIONS LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>DELL INC.,<br><br>    Defendant. | CASE NO. C 03-5755 JSW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING PAGE LIMITS (CIVIL L.R. 7-12)** |
| DELL INC.,<br><br>    Counterclaimant,<br><br>vs.<br><br>NEGOTIATED DATA SOLUTIONS LLC,<br><br>    Counterclaim Defendant. | |

## STIPULATION EXTENDING PAGE LIMITS

WHEREAS the Civil Standing Order of the Honorable Jeffrey S. White provides that "[a]ll briefs, whether in support of, in opposition to, or in reply to any motion…may not exceed fifteen pages in length…;" Civil Standing Order, ¶6.

WHEREAS on November 1, 2007, Negotiated Data Solutions ("N-Data") filed a twenty (20) page brief in support of its motions to dismiss and to strike, exceeding the page limit by five (5) pages (Docket No. 39);

WHEREAS, the parties believe that allowing each side a 20-page brief is appropriate because each single brief addresses two separate motions under Rule 12;

WHEREAS the parties have agreed that Dell Inc. ("Dell") should also be permitted an equal number of pages in its brief in opposition to N-Data's motions;

WHEREAS Dell's opposition to N-Data's motions is due on Friday, December 14, 2007;

THEREFORE, in consideration of the foregoing, it is hereby stipulated by N-Data and Dell, by and through their respective counsel of record, that N-Data's opening brief should be considered by the Court, and that Dell may file a twenty (20) page brief in opposition to N-Data's motions.

Date:  December 12, 2007        Respectfully submitted,

By:  _/s/ Ned N. Isokawa_
**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
NED N. ISOKAWA
KEVIN C. McCANN
MICHAEL N. EDELMAN
ROBERT C. MATZ

Attorneys for Defendant and Counterclaimant
DELL INC.

Date:  December 12, 2007

By:  _/s/ David S. Elkins_
**SQUIRE, SANDERS & DEMPSEY LLP**
DAVID S. ELKINS
JOSE LUIS MARTIN

Attorneys for Plaintiff and Counterclaim Defendant
NEGOTIATED DATA SOLUTIONS LLC

1 **[PROPOSED] ORDER EXTENDING PAGE LIMITS**

2

3  PURSUANT TO STIPULATION, IT IS SO ORDERED:

4  Dated: December 13, 2007

_____
HONORABLE JEFFREY S. WHITE