IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NEGOTIATED DATA SOLUTIONS LLC,

    Plaintiff and Counterclaim Defendant,

v.

DELL, INC.,

    Defendant and Counterclaimant.

No. C 03-05755 JSW

**ORDER OF REFERRAL**

Pursuant to Local Rule 72-1, the parties' joint letter brief setting out their discovery dispute and all other discovery disputes in this matter are HEREBY REFERRED to a randomly assigned magistrate judge for resolution. The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: March 20, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom