1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   Ned N. Isokawa (State Bar No. 66287)
2  nedisokawa@paulhastings.com
   Kevin C. McCann (State Bar No. 120874)
3  kevinmccann@paulhastings.com
   55 Second Street, Twenty-Fourth Floor
4  San Francisco, CA  94105-3441
   Telephone:  (415) 856-7000
5  Facsimile:  (415) 856-7100

6
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
7  Michael N. Edelman (State Bar No. 180948)
   michaeledelman@paulhastings.com
8  Robert C. Matz (State Bar No. 217822)
   robertmatz@paulhastings.com
9  1117 S. California Avenue
   Palo Alto, CA  94304
10 Telephone:  (650) 320-1800
   Facsimile:  (650) 320-1900
11
   Attorneys for Defendant and Counterclaimant
12 Dell Inc.

13                     UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                       SAN FRANCISCO DIVISION

16

17
   NEGOTIATED DATA SOLUTIONS LLC,          CASE NO. C 03-5755 JSW
18
                    Plaintiff,             **STIPULATION RESCHEDULING**
19                                         **HEARING DATE FOR DELL INC.'S**
          vs.                              **MOTION TO COMPEL THIRD PARTY**
20                                         **NATIONAL SEMICONDUCTOR TO**
   DELL INC.,                              **PRODUCE DOCUMENTS FROM**
21                                         **APRIL 14, 2008 AT 10:30 A.M. TO**
                    Defendant.             **APRIL 30, 2008 AT 10:30 A.M.**
22
                                            ORDER
23 DELL INC.,

24                    Counterclaimant,

25        vs.

26 NEGOTIATED DATA SOLUTIONS LLC,

27                    Counterclaim Defendant.

28

## STIPULATION RESCHEDULING HEARING DATE

WHEREAS Dell Inc.'s ("Dell") Motion To Compel Third Party National Semiconductor To Produce Documents is presently scheduled for oral argument on April 14, 2008 at 10:30 a.m. before Magistrate Judge Edward M. Chen;

WHEREAS counsel for third party National Semiconductor Corporation ("National Semiconductor") has requested that this hearing date be rescheduled due to a scheduling conflict;

WHEREAS the Court has indicated that this motion could be heard on April 30, 2008 at 10:30 a.m. before Magistrate Judge Edward M. Chen;

WHEREAS counsel for Dell has no objection to rescheduling the hearing date to accommodate counsel for National Semiconductor's request;

/ / /

/ / /

/ / /

1    THEREFORE, in consideration of the foregoing, it is hereby stipulated by Dell and

2  National, by and through their respective counsel of record, that the hearing date for Dell's

3  Motion To Compel Third Party National Semiconductor to Produce Documents be rescheduled

4  for April 30, 2008 at 10:30 a.m. before Magistrate Judge Edward M. Chen.

5  Dated:  April 1, 2008:                           NED N. ISOKAWA
                                                     MICHAEL N. EDELMAN
6                                                    ROBERT C. MATZ
                                                     PAUL, HASTINGS, JANOFSKY & WALKER LLP
7

8
                                                     By:_____/s/ Robert C. Matz_____
9                                                              Robert C. Matz

10                                                   Attorneys for Defendant and Counterclaimant
                                                     DELL, INC.
11
    Dated:  April 1, 2008                           TIMOTHY T. SCOTT
12                                                   SIDLEY AUSTIN LLP

13

14                                                   By:_____/s/ Timothy Scott_____
                                                              Timothy T. Scott
15
                                                     Attorneys for Third Party
16                                                   NATIONAL SEMICONDUCTOR
                                                     CORPORATION
17

18            **[PROPOSED] ORDER RESCHEDULING HEARING DATE**

19

20           IT IS HEREBY ORDERED that oral argument in connection with Dell's Motion To

21  Compel Third Party National Semiconductor be rescheduled for April 30, 2008 at 10:30 a.m.

    before Magistrate Judge Edward M. Chen, Courtroom C, 15th Floor, Federal Building, 450
22
    Golden Gate Avenue, San Francisco, CA 94102.
23

24

25  _____

26  Magist                                IT IS SO ORDERED

27                                        Judge Edward M. Chen

28

1

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

2

I, Robert C. Matz, attest that concurrence in the filing of this document has been

3

obtained from the other signatory.

4

5

I declare under the penalty of perjury that the foregoing is true and correct.  Executed on

April 1, 2008.

6

7                                                       NED N. ISOKAWA
                                                        KEVIN C. McCANN

8                                                       MICHAEL N. EDELMAN
                                                        ROBERT C. MATZ

9                                                       PAUL, HASTINGS, JANOFSKY & WALKER
                                                        LLP

10

11                                                      By:_____/s/ Robert C. Matz_____

12                                                                    Robert C. Matz

13                                                      Attorneys for Defendant and Counterclaimant
                                                        DELL INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27        LEGAL_US_W # 58585318.1

28