UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEGOTIATED DATA SOLUTIONS LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>DELL, INC.,<br><br>        Defendant.<br>_____/ | No. C-03-5755 JSW (EMC)<br><br>**ORDER RE JOINT LETTER OF MARCH 14, 2008**<br><br>**(Docket No. 71)** |

       Defendant Dell, Inc. served a subpoena on National Semiconductor Corporation, a third party, seeking discovery for the above-referenced case. Dell and National filed a joint letter because of a dispute as to what documents should be produced pursuant to the subpoena. A hearing was held on the discovery dispute on April 23, 2008.

       At the hearing, the Court provided guidance to the parties and asked them to further meet and confer. After meeting and conferring, the parties reached agreement on some issues and stated on the record what those agreements were. The parties also stated that they would further meet and confer to try to resolve their remaining differences. The Court ordered National to produce to Dell the index for the archival documents, provided that (1) the index would be restricted to attorney's eyes only (*i.e.*, consultants and party representatives would not be privy to the index) and (2) Dell would only be allowed to inspect the index at National's premises (*i.e.*, Dell could not make copies of the index).

///

///

1   Absent further notification by the parties, the Court deems the discovery issues raised in the
2   parties' joint letter resolved.
3
4   IT IS SO ORDERED.
5
6   Dated: April 23, 2008
7                                                         _____
                                                          EDWARD M. CHEN
8                                                         United States Magistrate Judge

2