**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NEGOTIATED DATA SOLUTIONS LLC,

        Plaintiff and Counterclaim           No. C 03-05755 JSW
               Defendant,

  v.

  DELL, INC.,                      **ORDER SETTING BRIEFING**
                             **SCHEDULE**

        Defendant and Counterclaimant.
_____/

    This matter is set for a hearing on July 18, 2008 on Plaintiff and Counterclaim

Defendant Negotiated Data Solution LLC's motion to strike Dell's patent invalidity

contentions.  The Court HEREBY ORDERS that an opposition to the motion shall be filed by

no later than May 20, 2008 and a reply brief shall be filed by no later than May 27, 2008.

    If the Court determines that the matter is suitable for resolution without oral argument, it

will so advise the parties in advance of the hearing date.  If the parties wish to modify this

schedule, they may submit for the Court's consideration a stipulation and proposed order

demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated:  May 5, 2008

                                _____
                                JEFFREY S. WHITE
                                UNITED STATES DISTRICT JUDGE