Submitting Counsel on Signature Page

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| NEGOTIATED DATA SOLUTIONS LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DELL, INC.,<br><br>　　　　Defendant.<br>―――――――――――――――――<br>DELL, INC.,<br><br>　　　　Counterclaimant,<br><br>　vs.<br><br>NEGOTIATED DATA SOLUTIONS LLC,<br><br>　　　　Counterclaim Defendant. | Case No. C 03-05755 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING BY TWO WEEKS TIME FOR FILING JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT UNDER PATENT L.R. 4-3**<br><br>The Honorable Jeffrey S. White |

**STIPULATION**

Plaintiff and counterclaim defendant Negotiated Data Solutions LLC ("N-Data") and defendant and counterclaimant Dell, Inc. ("Dell") stipulate, subject to the Court's approval, to extend by two weeks their time to file the Joint Claim Construction and Prehearing Statement under Patent Local Rule 4-3, moving the current deadline from June 13 to <u>June 27, 2008</u>. This extension, if approved, will not affect the remaining claim construction schedule, the next step of which is N-Data's August 15, 2008 deadline for filing its opening claim construction brief. The parties anticipate that this extension will not impact the Court's claim consideration tasks.

Dated: June 11, 2008

By: /s/ David S. Elkins
David S. Elkins (State Bar No. 148077)
Jose Luis Martin (State Bar No. 203709)
Xavier M. Brandwajn (State Bar No. 246218)
SQUIRE, SANDERS & DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, California 94304-1043
Telephone: 650.856.6500

Nathan Lane III (State Bar No. 50961)
Arturo E. Sandoval (State Bar No. 227077)
SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Third Floor
San Francisco, California 94111
Telephone: 415.954.0200

Attorneys for Plaintiff and Counterclaim Defendant NEGOTIATED DATA SOLUTIONS LLC

Dated: June 11, 2008

By: /s/ Michael N. Edelman
Ned N. Isokawa (State Bar No. 66287)
Kevin C. McCann (State Bar No. 120874)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Telephone: 415.856.7000

Michael N. Edelman (State Bar No. 180948)
Robert C. Matz (State Bar No. 217822)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
1117 S. California Avenue
Palo Alto, CA 94304
Telephone: (650) 320-1800

Attorneys for Defendant and Counterclaimant DELL, INC.

| | |
|---|---|
| 1 | **ATTESTATION PURSUANT TO GENERAL ORDER 45** |
| 2 | I, David S. Elkins, attest that concurrence in the filing of this document has been obtained |
| 3 | from the other signatory. |
| 4 | I declare under penalty of perjury that the foregoing is true and correct. Executed on |
| 5 | June 11, 2008. |

By:   /s/ David S. Elkins
      David S. Elkins

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   June 12, 2008

_/s/ Jeffrey S. White_
UNITED STATES DISTRICT JUDGE

-2-
STIPULATION AND ORDER EXTENDING TIME TO FILE PATENT L.R. 4-3 STATEMENT
CASE NO. C 03-05755 JSW