1  NED N. ISOKAWA (State Bar No. 66287)
   nedisokawa@paulhastings.com
2  KEVIN C. MCCANN (State Bar No. 120874)
   kevinmccann@paulhastings.com
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street, Twenty-Fourth Floor
4  San Francisco, CA 94105-3441
   Telephone: (415) 856-7000
5  Facsimile: (415) 856-7100

6  MICHAEL N. EDELMAN (State Bar No. # 180948)
   michaeledelman@paulhastings.com
7  ROBERT C. MATZ (State Bar No. 217822)
   robertmatz@paulhastings.com
8  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   1117 S. California Avenue
9  Palo Alto, CA 94304
   Telephone: (650) 320-1800
10 Facsimile: (650) 320-1900

11 Attorneys for Defendant and Counterclaimant
   DELL INC.
12

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15              SAN FRANCISCO DIVISION

16

| 17 | NEGOTIATED DATA SOLUTIONS LLC, | CASE NO. C 03-5755 JSW (EMC) |
|---|---|---|
| 18 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME WITHIN WHICH TO FILE REPLY ON DELL'S MOTION TO STRIKE N-DATA'S INFRINGEMENT CONTENTIONS AND TO COMPEL INFRINGEMENT CONTENTIONS COMPLIANT WITH PATENT LOCAL RULE 3-1** |
| 19 | vs. | |
| 20 | DELL INC., | |
| 21 | Defendant. | |
| 22 | | |
| 23 | AND RELATED COUNTERCLAIMS | |

24

25 **WHEREAS**, Dell Inc. ("Dell") filed its Motion To Strike N-Data's Infringement

26 Contentions and To Compel Infringement Contentions Compliant with Patent Local Rule 3-1 on

27 May 20, 2008, and the motion is scheduled for hearing on July 18, 2008;

28

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME WITHIN WHICH TO                                          CASE NO. C 03-5755 JSW (EMC)
FILE REPLY

1     **WHEREAS**, the reply brief in support of the Motion is currently due on July 7, 2008, and

2     **WHEREAS**, due to the July 4 holiday and various scheduling conflicts, Dell has

3 requested a two-day extension of the deadline to serve and file its reply brief, and Plaintiff

4 Negotiated Data Solutions LLC ("N-Data") has agreed to this extension;

5     **THEREFORE**, the parties hereby stipulate, by and through their respective counsel of

6 record, that Dell shall have until July 9, 2008 to file and serve its reply brief. This would shorten

7 the statutory period between the reply and the hearing by two (2) days.

Dated: June 30, 2008

NED N. ISOKAWA
KEVIN C. McCANN
MICHAEL N. EDELMAN
ROBERT C. MATZ
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By:     */s/ Michael N. Edelman*
             Michael N. Edelman

Attorneys for Defendant and Counterclaimant
DELL, INC.

Dated: June 30, 2008

DAVID S. ELKINS
JOSE LUIS MARTIN
SQUIRE, SANDERS & DEMPSEY L.L.P.

By:     */s/ David S. Elkins*
             David S. Elkins

Attorneys for Plaintiff and Counterdefendant
NEGOTIATED DATA SOLUTIONS LLC

STIPULATION AND [P~~ROPOSED~~] ORDER
EXTENDING TIME WITHIN WHICH TO     -2-    CASE NO. C 03-5755 JSW (EMC)
FILE REPLY

|   |   |
|---|---|
| 1 | **[PROPOSED] ORDER EXTENDING PAGE LIMITS** |
| 2 |   |
| 3 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 4 |   |
| 5 | Dated: ___July 1___, 2008 |
| 6 |   |
| 7 | _____<br>The Honorable Jeffrey S. White<br>United States District Court Judge |

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME WITHIN WHICH TO
FILE REPLY

CASE NO. C 03-5755 JSW (EMC)