1   Submitting Counsel on Signature Page

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11   NEGOTIATED DATA SOLUTIONS LLC,          Case No. C 03-05755 JSW

12              Plaintiff,                   **STIPULATION AND [PROPOSED]
                                             ORDER EXTENDING BY THREE**
13        vs.                                **ADDITIONAL COURT DAYS TIME
                                             FOR FILING JOINT CLAIM**
14   DELL, INC.,                             **CONSTRUCTION AND
                                             PREHEARING STATEMENT UNDER**
15              Defendant.                   **PATENT L.R. 4-3**

16                                           The Honorable Jeffrey S. White

17   DELL, INC.,

18              Counterclaimant,

19        vs.

20   NEGOTIATED DATA SOLUTIONS LLC,

21              Counterclaim Defendant.

22

23

24

25

26

27

28

**STIPULATION**

Plaintiff and counterclaim defendant Negotiated Data Solutions LLC ("N-Data") and defendant and counterclaimant Dell, Inc. ("Dell") stipulate, subject to the Court's approval, to extend by an additional three court days their time to file the Joint Claim Construction and Prehearing Statement under Patent Local Rule 4-3 ("Joint Statement"), moving the current deadline from June 27 to July 2, 2008. The parties request this additional time to continue their attempts to resolve remaining disputes. This extension, if approved, will not affect the remaining claim construction schedule, the next step of which is N-Data's August 15, 2008 deadline for filing its opening claim construction brief. The parties anticipate that this extension will not impact the Court's claim consideration tasks. The parties previously requested and the Court granted a two-week extension (which moved the existing deadline from June 13 to June 27).

Dated:   July 1, 2008

By:  /s/ David S. Elkins

David S. Elkins (State Bar No. 148077)
Jose Luis Martin (State Bar No. 203709)
Xavier M. Brandwajn (State Bar No. 246218)
SQUIRE, SANDERS & DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, California  94304-1043
Telephone:   650.856.6500

Nathan Lane III (State Bar No. 50961)
Arturo E. Sandoval (State Bar No. 227077)
SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Third Floor
San Francisco, California  94111
Telephone:   415.954.0200

Attorneys for Plaintiff and Counterclaim
Defendant NEGOTIATED DATA SOLUTIONS LLC

Dated:   July 1, 2008                      By:  /s/ Michael N. Edelman
                                                 Ned N. Isokawa (State Bar No. 66287)
                                                 Kevin C. McCann (State Bar No. 120874)
                                                 PAUL, HASTINGS, JANOFSKY & WALKER LLP
                                                 55 Second Street, 24th Floor
                                                 San Francisco, California 94105-3441
                                                 Telephone:   415.856.7000

                                                 Michael N. Edelman (State Bar No. 180948)
                                                 Robert C. Matz (State Bar No. 217822)
                                                 PAUL, HASTINGS, JANOFSKY & WALKER LLP
                                                 1117 S. California Avenue
                                                 Palo Alto, CA 94304
                                                 Telephone:   650.320.1800

                                                 Attorneys for Defendant and Counterclaimant
                                                 DELL, INC.


### ATTESTATION PURSUANT TO GENERAL ORDER 45

I, David S. Elkins, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 30, 2008.

                                           By:   /s/ David S. Elkins
                                                 David S. Elkins


### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:__ July 2, 2008 _____        _____
                                                 UNITED STATES DISTRICT JUDGE


-2-

STIPULATION AND ORDER EXTENDING TIME TO FILE PATENT L.R. 4-3 STATEMENT

CASE NO. C 03-05755 JSW