1    Submitting Counsel on Signature Page

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11   NEGOTIATED DATA SOLUTIONS LLC,          Case No. C 03-05755 JSW

12                 Plaintiff,                **STIPULATION AND [PROPOSED]**
                                             **ORDER EXTENDING BY ~~THREE~~ ONE**
13        vs.                                **ADDITIONAL COURT DAYS ~~TIME~~**
                                             **FOR FILING JOINT CLAIM**
14   DELL, INC.,                             **CONSTRUCTION AND**
                                             **PREHEARING STATEMENT UNDER**
15                 Defendant.                **PATENT L.R. 4-3**

16                                           The Honorable Jeffrey S. White

17   DELL, INC.,

18                 Counterclaimant,

19        vs.

20   NEGOTIATED DATA SOLUTIONS LLC,

21                 Counterclaim Defendant.

22

23

24

25

26

27

28

1

**STIPULATION**

2    Plaintiff and counterclaim defendant Negotiated Data Solutions LLC ("N-Data") and

3 defendant and counterclaimant Dell, Inc. ("Dell") stipulate, subject to the Court's approval, to

4 extend by an additional one Court day their time to file the Joint Claim Construction and

5 Prehearing Statement under Patent Local Rule 4-3 ("Joint Statement"), moving the current

6 deadline from July 2, 2008 to July 3, 2008. The parties request this additional time in light of

7 conflicting travel schedules for both parties' which have limited their abilities to review the final

8 pleadings and exhibits. This extension, if approved, will not affect the remaining claim

9 construction schedule, the next step of which is N-Data's August 15, 2008 deadline for filing its

10 opening claim construction brief. The parties anticipate that this extension will not impact the

11 Court's claim consideration tasks. The parties previously requested and the Court granted a two-

12 week extension (which moved the existing deadline from June 13 to July 2).

Dated:  July 2, 2008

13

14

15

16

By: /s/ David S. Elkins

David S. Elkins (State Bar No. 148077)
Jose Luis Martin (State Bar No. 203709)
Xavier M. Brandwajn (State Bar No. 246218)
SQUIRE, SANDERS & DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, California  94304-1043
Telephone:    650.856.6500

17

18

19

20

Nathan Lane III (State Bar No. 50961)
Arturo E. Sandoval (State Bar No. 227077)
SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Third Floor
San Francisco, California  94111
Telephone:    415.954.0200

21

Attorneys for Plaintiff and Counterclaim
Defendant NEGOTIATED DATA SOLUTIONS LLC

22

23

Dated:   July 2, 2008

By: /s/ Michael N. Edelman

Ned N. Isokawa (State Bar No. 66287)
Kevin C. McCann (State Bar No. 120874)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Telephone:    415.856.7000

24

25

26

27

28

Michael N. Edelman (State Bar No. 180948)
Robert C. Matz (State Bar No. 217822)
PAUL, HASTINGS, JANOFSKY & WALKER LLP

1117 S. California Avenue
Palo Alto, CA 94304
Telephone:   650.320.1800

Attorneys for Defendant and Counterclaimant
DELL, INC.

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Michael Edelman, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on July 2 , 2008.

By:   /s/ Michael Edelman
Michael Edelman

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_ July 3, 2008 _____

_____
UNITED STATES DISTRICT JUDGE