IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NEGOTIATED DATA SOLUTIONS LLC,

    Plaintiff and Counterclaim Defendant,

v.

DELL, INC.,

    Defendant and Counterclaimant.

No. C 03-05755 JSW

**ORDER OF REFERRAL OF MOTIONS TO STRIKE AND CONTINUING CLAIM CONSTRUCTION**

Now before the Court are Defendant Negotiated Data Solutions LLC's motion to strike Dell, Inc.'s patent invalidity contentions and Dell, Inc.'s motion to strike Negotiated Data Solutions LLC's infringement contentions. Pursuant to Northern District Civil Local Rule 72-1, the Court HEREBY REFERS the motions to Magistrate Judge Edward M. Chen. The hearing date set for July 18, 2008 at 9:00 a.m. is HEREBY VACATED.

In addition, due to the status of the parties' contentions and the procedural posture of this case, the claims construction briefing is HEREBY STAYED. The claims construction tutorial set for September 16, 2008 at 1:00 p.m. and the claims construction hearing set for September 23, 2008 at 1:00 p.m. are HEREBY VACATED and shall be reset by further order of the Court.

**IT IS SO ORDERED.**

Dated: July 14, 2008

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE