IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NEGOTIATED DATA SOLUTIONS LLC,

    Plaintiff and Counterclaim Defendant,

v.

DELL, INC.,

    Defendant and Counterclaimant.

No. C 03-05755 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO STAY**

    This matter is set for a hearing on October 31, 2008 on Plaintiff and Counterclaim Defendant Negotiated Data Solution LLC's motion to stay proceedings. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than August 1, 2008 and a reply brief shall be filed by no later than August 8, 2008.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: July 18, 2008

                                               JEFFREY S. WHITE
                                               UNITED STATES DISTRICT JUDGE