Submitting Counsel on Signature Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEGOTIATED DATA SOLUTIONS LLC,<br><br>    Plaintiff,<br><br>  vs.<br><br>DELL, INC.,<br><br>    Defendant. | Case No. C 03-05755 JSW<br><br>**STIPULATION AND [P~~ROPOS~~ED]**<br>**ORDER RESCHEDULING**<br>**HEARING DATE**<br><br>The Honorable Edward M. Chen |
| DELL, INC.,<br><br>    Counterclaimant,<br><br>  vs.<br><br>NEGOTIATED DATA SOLUTIONS LLC,<br><br>    Counterclaim Defendant. | |

**STIPULATION**

Plaintiff and counterclaim defendant Negotiated Data Solutions LLC ("N-Data") and defendant and counterclaimant Dell, Inc. ("Dell") stipulate, subject to the Court's approval, to reschedule the hearing date on the following motions from August 20 to September 10, 2008:

1. N-Data's Motion to Strike Dell's Preliminary Patent Invalidity Contentions and to Compel Compliance with Patent L.R. 3-4(a);
2. Dell's Motion to Strike N-Data's Preliminary Patent Infringement Contentions; and
3. Dell's Motion to Compel Further Responses to First and Second Sets of Interrogatories.

The parties have stipulated to the change in hearing dates at the request of and because of the unavailability of N-Data's undersigned counsel.

The parties also stipulate to a modified briefing schedule on Dell's Motion to Compel Further Responses to First and Second Sets of Interrogatories, in that N-Data's deadline to file its opposition papers shall be August 13 (instead of August 20) and Dell's deadline to file its reply papers shall be August 20 (instead of August 27).

Dated: July 21, 2008

By: /s/ David S. Elkins
David S. Elkins (State Bar No. 148077)
Jose Luis Martin (State Bar No. 203709)
Xavier M. Brandwajn (State Bar No. 246218)
SQUIRE, SANDERS & DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, California 94304-1043
Telephone: 650.856.6500

Nathan Lane III (State Bar No. 50961)
Arturo E. Sandoval (State Bar No. 227077)
SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Third Floor
San Francisco, California 94111
Telephone: 415.954.0200

Attorneys for Plaintiff and Counterclaim Defendant NEGOTIATED DATA SOLUTIONS LLC

| | |
|---|---|
| Dated: July 21, 2008 | By: /s/ Michael N. Edelman |
| | Ned N. Isokawa (State Bar No. 66287) |
| | Kevin C. McCann (State Bar No. 120874) |
| | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| | 55 Second Street, 24th Floor |
| | San Francisco, California 94105-3441 |
| | Telephone: 415.856.7000 |
| | |
| | Michael N. Edelman (State Bar No. 180948) |
| | Robert C. Matz (State Bar No. 217822) |
| | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| | 1117 S. California Avenue |
| | Palo Alto, CA 94304 |
| | Telephone: 650.320.1800 |
| | |
| | Attorneys for Defendant and Counterclaimant |
| | DELL INC. |

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, David S. Elkins, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 21, 2008.

By: /s/ David S. Elkins
David S. Elkins

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 22, 2008

UNITED STATES ~~DISTRICT JUDGE~~ MAGISTRATE

-2-
STIPULATION AND ORDER EXTENDING TIME TO FILE PATENT L.R. 4-3 STATEMENT
CASE NO. C 03-05755 JSW