|   |   |
|---|---|
| 1 | Gregory S. Bishop (State Bar No. 184680) |
|   | gbishop@goodwinprocter.com |
| 2 | Thomas F. Fitzpatrick (State Bar No. 193565) |
|   | tfitzpatrick@goodwinprocter.com |
| 3 | GOODWIN PROCTER LLP |
|   | 135 Commonwealth Drive |
| 4 | Menlo Park, CA 94025 |
|   | Tel (650) 752-3100 |
| 5 | Fax (650) 853-1038 |

Attorneys for Plaintiff and Counterclaim Defendant
NEGOTIATED DATA SOLUTIONS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| NEGOTIATED DATA SOLUTIONS LLC, | Case No. C 03-05755 JSW |
|---|---|
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER REGARDING WITHDRAWAL OF CHANG H. KIM AS COUNSEL OF RECORD |
| DELL INC., | |
| Defendant. | |
| DELL INC., | The Honorable Jeffrey S. White |
| Counterclaimant, | |
| v. | |
| NEGOTIATED DATA SOLUTIONS LLC, | |
| Counterclaim Defendant. | |

Having considered the request of Plaintiff and Counterclaim Defendant Negotiated Data Solutions LLC ("N-Data") to allow Chang H. Kim to withdraw as counsel of record for N-Data, IT IS HEREBY ORDERED that N-Data's request is GRANTED; and Chang H. Kim is relieved as counsel of record for N-Data.

[~~PROPOSED~~] ORDER RE WITHDRAWAL OF CHANG H. KIM AS COUNSEL OF RECORD – CASE NO. C 03-05755 JSW
LIBA/1941586.1

1

1  IT IS SO ORDERED.

2  Dated: __October 27_____, 2008.

*Jeffrey S. White*

The Honorable Jeffrey S. White
United States District Judge

[PROPOSED] ORDER RE WITHDRAWAL OF CHANG H. KIM AS COUNSEL OF RECORD – CASE NO. C 03-05755 JSW
LIBA/1941586.1

2